IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

<u>KenJi Moore #235440</u>
Full name and prison number
Of Plaintiff(s)

v.

<u>Kim Thomas, Commissioner</u>
<u>of Alabama Dept. of Corrections</u>
<u>Dewayne Estes Warden</u>
<u>Officer; Fred Rice</u>

Name of person(s) who violated
Your constitutional rights.
(List the names of all
persons.)

CIVIL ACTION NO. 2:14-CV-360-MEF-WC
(To be supplied by Clerk of
U.S. District Court)

DEMAND FOR JURY TRIAL

RECEIVED 2014 MAY 15 P 12: [..]
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) __N/A_____

            Defendant(s) __N/A_____

        2.  Court )if federal court, name the district; if
            state court, name the county)  __N/A_____

1

3. Docket number __N/A__

4. Name of judge to whom case was assigned ____
__N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____
__N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Limestone Correctional Facility 28779 Nick Davis Road, Harvest AL 35749__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ____
__Limestone Correctional Facility__

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. __Kim Thomas, 301 S. Ripley Str. Montgomery, AL 36104__
2. __Dewayne Estes, 28779 Nick Davis Rd, Harvest AL 35749__
3. __Fred Rice, 28779 Nick Davis Rd, Harvest AL 35749__
4. ____
5. ____
6. ____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ____
__April 15, 2014__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Violation of 14th Amendment to U.S. Constitution, equal protection__

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

See Attachment

**GROUND TWO:** Violation of American Disability act / Rehablitation act 504

**SUPPORTING FACTS:**

See attachment

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

See Attachment

X *Kenji Moore 235440*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *April 20, 2014*
(Date)

X *Kenji Moore 235440*
Signature of plaintiff(s)

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

KENJI LYNELL MOORE )
AIS NUMBER: 235440 )
      Plaintiff )
       )
       )
VS. )  Civil Action No: 2:14-CV-360-MEF-WC
       )
KIM THOMAS, ET AL. )
      DEFENDANT'S )
       )  **DEMAND FOR JURY TRIAL**

## JURISDICTION

This is a civil action authorized by 42 U.S.C. 1983 to redress the deprivation, under of color of state Law of rights secure by the United States Constitution. This Honorable court has jurisdiction under 28 U.S.C. Section 1331 & 1343 (a) (2).

Plaintiff seeks declaratory relief pursuant to 28 U.S.C. 2201 & 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. sections 2283-2284 and RULE 65 of Federal Rule of Civil Procedure.

The middle District of alabama is an appropriate venue under 28 U.S.C. section 1391 (b) (2) because it is where the events given rise to this claim occured and it where Alabama department of Correction headquarter are located.

## PLAINTIFF-II

Plaintiff Kenji Moore is at all times mentioned herin a prisoner of the State of allabama in the custody of Alabama department of Corrections, Plaintiff is currently housed at the Limestone Correctional Facility located at 28779 Nick davis road, Harvest, Alabama 35749.

## DEFENDANT-III

Defendant Kim Thomas is the Commissioner of Alabama Department of Corrections he is legally responsible for the over all operation of the department of correction and each institution under its jurisdiction including Limestone Correctional Facility where plaintiff

Defendant Warden Dewayne Estes is the warden at Limestone Correctional Facility and hold the rank of warden-III and is assigned to Limestone Correctional facility, he is legally responsible for each officer and Inmate assigned to Limestone Correctional Facility.

Defendant Officer Fred Rice is a correctional officer assigned to Limestone Correctional facility who at all times mention in this complaint held the rank of correctional officer-I.

Each defendant is sue individually and in their official capacity at all times mentioned in this complaint, each defendant is acting under color of state law.

## FACTS--IV

On or about Tuesday April 15, 2014 while plaintiff was housed in Dorm "F" (pre-release Dorm) Officer Fred Rice told several inmates that the plaintiff was Hiv Poz.

Many inmates that live in Dorm F was not aware that the plaintiff was infact HIV poz, they only became aware plaintiff was HIV through ADOC employee Officer Fred Rice.

Upon information and belief Commissioner Kim Thomas put out a memorandum to all DOC facility stating that DOC will not tolerate any abuse or discrimination or violence against inmates because they are HIV poz, commissioner further stated ignorance is no excuse.

Officer Fred Rice inform other inmates that plaintiff and a few other inmates was HIV poz, Officer Rice inform these inmates do no drink or smoke behind HIV inmates.

This violate plaintiff 14th amendment rights under the united states constitutuion/equal protection clause., and violate plaintiff right under the american disability act (medical confidentialy)

## EXHAUSTION OF LEGAL REMEDIES-IV

Plaintiff Keji Lynell Moore was unable to used a grievance procedure because Limestone Correctional facility DO NOT have a grievance procedure.

## LEGAL CLAIMS-VI

Plaintiff re-alledge and incorporate by reference all of the above sections.

The Alabama Department of Corrections violated Plaintiff Kenji Moore rights and constituted constitution rights at issue, a due process violation under the 14th amendment to the united states constitution and the american disability act (Medical confidentialy) Rehabilitation act 504.

Plaintiff has no pain, adequate or complete remedy at law to redress the wrongs decribe herein.

Plaintiff has been and will continue to be Irreparably injury by the conduct of the defendant unless the court grants the declaratory and injunctive relief which plaintiff seeks.

## RELIEF-VII

Wherefore, plaintiff respectfully prays that this Honorable Court entering judgment granting plaintiff a preliminary injunction order all defendants to stop Informing other inmates, who is HIV poz.

Compensatory damages in the amount of  60,000.00  against each defendant jointly and severally.

Punitive damages in the amount of  200.000.00  against each defendant

Termination of Officer **Fred Rice.**

A Jury Trial on all Issues
Plaintiff cost in this suit.

Attorney fees
Anything elese the court deem just


I declare under the penalty of perjury that the forgoing is true and correct . Excuted on this _20th_ day of _April_ 2014

_X Kenji Moore_
Plaintiff

Kenji Moore #235440
28779 Nick Davis Rd
Harvest AL. 35749.



This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

U.S. District Court
Office OF the Clerk
P.O. Box 711
Montgomery AL. 36101.